UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DEC 0 6 2021
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

MARCELLUS E GOODWIN
Plaintiff,
V.          Case No. 21-4117
ADMINSTRATOR GLOSSIP, CHIEF ABERNATHY, SGT.DENNIS, SGT MESMORE, CO DOUGLASS, CO DEAN, CO BLAINE, CO WHEELER, CO WINN, CO MILLARD, CO COUNTRYMAN, CO WILLIAMSON
Defendants.

AMENDED COMPLAINT

IV. Statement of Complaint

On January 26th, 2021 Administrator Glossip and Chief Abernathy approved for the plaintiff to be housed in a maxium custody housing units. The plaintiff had only been incarcerated 2 days and recieved no conduct reports in which to be placed on a segregation status.
Upon entering A max housing unit cell #113, the stentch of urine and feces engulfed the living quater. The plaintiff complained to escorting CO Millard, whom denied smelling anything. Though the plaintiff could smell the stentch through the face mask that was about his face.
On January 27th, 2021 the next morning fellow inmates housed in housing unit Amax informed the plaintiff of the previous cell occupants grusome activities that took place in Amax cell#113. Things such as smearing feces and urine about the living quater of cell#113. As the plaintiff began to thuroughly inspect the living quater discovering not only the smearing of feces, but blood, the contents of

page 1

mold and corrosion, rust, food, dead skin cell particles, and black mold fungi about the living quater and ventalation system. Disgusted at the contents the food slot contained the plaintiff pressed the emergency call button, only to find out that it was not properly functioning due being damaged by the previous cell occupants action which involved shoving feces into it.

CO Winn soon made his round in the Annex housing unit, in which ~~Etten~~ the plaintiff informed CO Winn of the dire conditions of cell #113. The plaintiffs' complaints included cell #113 being an inhumane living quater, requesting to be moved as well as a grievance the plaintiffs request were denied and CO Winn stated he would look into it.

Returning moments later CO Winn placed a food tray on the feeding slot. ~~Eat~~ The plaintiff respectfully began to rant about the corrodied food slot and the inhumanity of the gesture CO Winn dismissed every concern of the plaintiff with an halfhearted smile stating well arent you going to eat. To which the plaintiff vulgarly stated I dont want to live in **** let alone eat in it.

The plaintiff created a hunger strike poster/sign which stated the plaintiff would be participating in a peaceful protest within the plaintiffs rights. This sign also quoted Proverbs 23:1 as well as stated that the plaintiff meant no harm to himself as well as others but it

page 2

will be an end to corruption. The plaintiff placed the sign in the door window of cell #113. CO Winn soon made his round of the Amax housing quarter and observed the plaintiff's sign. Asking the plaintiff if he was declaring a hunger strike to which the plaintiff's answer was yes against Knox County Jail, I will not accept a meal as I have not since my incarceration began. Further elaborating to CO Winn that the plaintiff was a very spiritual being and believe when you sit to eat with a ruler you should carefully consider what is being set before you and put a knife to your throat if you be a man given to appetite. CO Winn again stated so you are not going to eat that showing the CO the bowl of noodles about the plaintiff's hand, the plaintiff stated no I will be eating just not Knox County Jail food. CO Winn walked out of the Amax living quarter stating you are going on suicide watch.

A few moments later CO Countryman arrived at the plaintiff quart demanding that the plaintiff consent to be placed on observation. The plaintiff tried explaining to CO Countryman that he had no reason to consent to observation, except to be defamed humiliated for the enjoyment of his fellow officers. Further stating there's nothing unintelligible about whats being said so why consent to observation

At that moment Sgt Mesmore accompanied by CO Winn CO Williamson CO Wheeler entered Amax living quarter. The plaintiff tried pleading with Sgt Mesmore that he should not be forced to consent to observation because he doesn't want to live in some one elses

page 3

feces and filth. Sgt Mesmore stated to the plaintiff you are going on observation because you are trying to harm yourself by not eating. The plaintiff began eating the bowl of noodles to assure the Sgt that was not the case as I explained to CO Winn, I will eat and continue to eat just not Knox County Jail food. Sgt Mesmore had his staff entourage draw their taser on the ~~plaintiff~~ plaintiff demanding the plaintiff consent to go on observation. In an attempt to negociate the plaintiff placed the bowl down asking officers to activated their body cameras because rights protect me from excessive use of force. The Sgt yelled more threats demanding the plaintiffs consent to observation. Not wanting to be tased the plaintiff gave in though demanding grievances and pictures of Amax cell #113 under open records law. After a few more threats from the Sgt, the plaintiff neatly placed his belongings on the mattress. Placing his hand out of the food slot to be handcuffed changed into a gown and placed on observation under duress. The plaintiff was transferred to medical observation #116 which coincide with all the contents of Amax cell #115. The stench of urine and feces was much worse turning to the entourage of staff the plaintiff begged in Jesus name not to be housed in medical #116 though officers had taser drawn. The plaintiffs pleads went on death ears, the plaintiff was placed in observation for 72 hours. Medical #116 consist of feces, blood smears, lime, dirt, mold,

page 4

rust, corrosion, food, black mold, calcium build up around the water fixtures, the observation window is stentched heavily with feces. I did not eat a Knox County Jail tray during those 72 hours because that is my religion. I also made no further complaints to staff humbly feeling humiliated in fear of a worse consequence.

After my 72 hours of observation CO Zachringer informed the plaintiff he would be returning to Amax cell #113 but don't worry we cleaned up the ****  CO Hughes was the officer supervising the cleaning of cell #113. The plaintiff is being housed in Amax cell #113 yes they have cleaned up the evident feces smears but not all. Neither the blood, dust, rust, corrosion, mold, and dead skin particles. I have filed grievance and appeals in the matter in an attempt of exhausting all available remedies.

The plaintiff has submitted 13 grievances 10 appeals, and countless request to Knox County Jail administrative staff administrator Glossip and Chief Abernathy. These request should date back to the 6th day of February, 2021. The plaintiffs request, complaints, and appeals are being denied antagonizingly by Chief Abernathy's improper use of public office and abusive authority. On the date of February 16th, 2021 the plaintiff gave CO Buzma a copy of his financial affidavit to be signed by administrative staff also requesting a trust account ledger ordered by this honorable court. CO Buzma returned the plaintiff financial affidavit without a signature from administrators, only many excuses as to why administration could not provide

page 5

what was being asked of by this honorable court. Prior to this date Chief Abernathy has antagonized the plaintiff on several occasions via grievance, request, and appeals. The plaintiff asked CO Guzman and Sgt Dennis both if he could speak to administrative staff about the matter of this courts order. Sgt Dennis told the plaintiff he would need a subpena and CO Guzman wished the plaintiff good luck. The plaintiff refused to lock down at 10:00AM in hopes of speaking with administration about these documents. CO Dean entered Amax housing quarter demanding the plaintiff lockdown. The plaintiff politely stated he would once he spoke to administration. Sgt Dennis and CO Blaine soon arrived in Amax living quarters. The plaintiff again presented his documents to Sgt. Dennis informing her these things are being demanded of Knox County by law. Sgt. Dennis gave the plaintiffs documents no attention stating administration wont sign that you need a subpena now lock in. The plaintiff stated anything to be difficult nothing new. Again I am not refusing to lock down only requesting a signature and a ledger of my account. Sgt. Dennis scrunched her nose while motioning her lips mocking me very childlike though she said no words. While CO Blaine and CO Dean attempted to close in on me. The plaintiff further stated it makes no sense that you all would rather cause me harm then see the very justice you all took an oath to uphold be done. CO Dean grabbed

page 6

the plaintiff by the neck the jail shirt stating shut up as he tried dragging the plaintiff along. The plaintiff slipped out of the jail shirt and began informing the entourage of staff of excessive use of force rights so please activate a body camera or keep their hands off of the plaintiff please. CO Blaine and CO Dean began yanking on the limbs of the plaintiff pushing shoving and forcing the plaintiff toward the cell. CO Blaine swept the plaintiff legs from under him at side of cell #113 At that point CO Douglass another CO that has also taunted the plaintiff entered Annex immediately drawing his taser Sgt Dennis told CO Douglass to holster his taser as CO Dean attempted to drag the plaintiff in the cell by his hair and CO Blaine delivered the assult punching pushing and forcefully pushing the plaintiff on to his stomach CO Douglass holstered his taser and immediately began to join in on the assult wrapping his hands around the plaintiff neck choking him. As the plaintiff continued to be assulted by CO Dean and CO Blaine CO Douglass again drew his teser and tased the plaintiff. The plaintiffs body went and CO Douglass again tased the plaintiff as CO Blaine yanked the plaintiffs arm from under him and cuffed them behind the plaintiffs back. The entourage of COs pried the plaintiff from the floor and toppled him down face first into a concrete slab barely cushioned by a cot mattress. CO Blaine and CO Douglass stood over the plaintiff CO Blaine removing the cuffs and CO Douglass positioned himself teser drawn on the plaintiff. As CO Blaine removed the first cuff the plaintiff attempted to turn off of his stomach and CO Douglass again shoot his teser peircing the plaintiffs lower abdom-

page 7

en. The plaintiff limbs were immobilized positioned against the concrete slab as CO Douglass constantly yelled get on the floor in a frantic voice. Through clenched teeth the plaintiff stated he cant. CO Douglass grab the plaintiff's legs tossing the aside so the plaintiff was flat on the floor. Sgt. Dennis gave CO Douglass an order to remove the pronges from my lower abdomen and the cuff from my wrist. CO Douglass darting out of the cell leaving the plaintiff glued too the floor. I have yet to see medical, though I informed CO Countryman immediately after eating my stomach bubbles and I must use the restroom and my feces haven't been solid. I spoke to medical immediately after the incident but not since discovering these symptoms.

V. Relief
I am requesting relief in the amount of $125,000.00 from each defendant in the matter.

VI The plaintiff demands that the case be tried by a jury? ☐ Yes ☒ No

CERTIFICATION
By signing this complaint I certify that the fact stated in this complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court.

Signed this 2nd day of December, 2021

*Marcellus E. Goodwin* (signature)

Marcellus E. Goodwin
800 E. Davis St. Apt #24
Galesburg, IL 61401

page 8